IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| BRANDON KERR LAGOS, | ) |
| Plaintiff, | ) |
| v. | ) CV 308-036 |
| MARY ALSTON, Doctor at Johnson State Prison, et al., | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Washington is **DISMISSED** from this case.

SO ORDERED this __ day of October, 2008, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE