IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| BRANDON KERR LAGOS, | ) |
| Plaintiff, | ) |
| v. | ) CV 308-036 |
| MARY ALSTON, Doctor at Johnson State Prison, et al., | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant John Doe is **DISMISSED** without prejudice from this case, and the **CLERK** shall enter a Scheduling Notice.

SO ORDERED this 14th day of October, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE