ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DERRICK RAY, | ) |
| Petitioner, | ) |
| v. | ) CV 310-016 |
| ANTHONY WASHINGTON, Warden,[1] | ) |
| Respondent. | ) |

**ORDER**

The above-captioned petition for a writ of habeas corpus was filed in the Dublin Division of the United States District Court for the Southern District of Georgia. However, the petition, filed pursuant to 28 U.S.C. § 2254, challenges a judgment of conviction that was entered in the Bibb County Superior Court, which is located in the Middle District of Georgia. It is the practice of the Court to transfer an action attacking a conviction to the district in which the original criminal proceedings were conducted. 28 U.S.C. § 2241(d); see also Bell v. Watkins, 692 F.2d 999, 1013 (5th Cir. 1982) (approving transfer of § 2254 petition from district of incarceration to district where petitioner was convicted). Therefore,

---

[1] Petitioner did not list a respondent on his petition, but "The State of Georgia" appears on the docket as Respondent. However, the proper party respondent in a habeas proceeding is the custodian of the person in custody. Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004) ("[L]ongstanding practice confirms that in habeas challenges to present physical confinement . . . the default rule is that the proper respondent is the warden of the facility where the prisoner is being held . . . ."); Wacker v. Bisson, 348 F.2d 602, 605 (5th Cir. 1965). Petitioner is incarcerated at Johnson State Prison. Thus, the **CLERK** is **DIRECTED** to change the docket to reflect, Anthony Washington – Warden of Johnson State Prison – as Respondent.

it is hereby **ORDERED** that the captioned action is **TRANSFERRED** to the United States District Court for the Middle District of Georgia for further consideration. The Clerk of Court is **DIRECTED** to forward the file to that District immediately.

SO ORDERED this 1st day of March, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE